**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00078-CR

**ARMANDO RODRIGUEZ ZUNIGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-52672-X**

## ORDER

We **DENY** appellant's July 2, 2014 motion for leave to obtain an electronic copy of the reporter's record from the appellate clerk.

We **ORDER** Official Court Reporter Jan Cherie Williams to file, within **FIFTEEN DAYS** of the date of this order, a copy of the reporter's record with the Dallas County District Clerk as required by Texas Rule of Appellate Procedure 34.6(h).

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE